THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Charles Earl
 Richey, Appellant.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2008-UP-686
Submitted December 1, 2008  Filed
 December 11, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM:  Charles
 Earl Richey appeals his convictions and sentences for armed robbery,
 kidnapping, resisting arrest, pointing and presenting a firearm, and possession
 of a pistol by a person convicted of a violent crime.  Richeys counsel argues
 the trial court erred by admitting evidence of a show-up identification.  In a
 pro se brief, Richey maintains the trial court erred by admitting statements he
 made to police without first conducting an adequate hearing to determine
 voluntariness.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., SHORT and KONDUROS, JJ. , concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.